67 A.3d 1245

### In re COUNTY INVESTIGATING GRAND JURY XXV FOR the CITY and County of PHILADELPHIA

**Cross Petition of Commonwealth of Pennsylvania.**

**No. 40 EM 2013.**

Supreme Court of Pennsylvania.

May 23, 2013.

### *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of May, 2013, the Cross–Petition for Review and the "Petition for Leave to File Motion to Relax 'Gag' Order" are **DENIED.**